UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW WITTMAN and CAROL WITTMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>ALEXANDER LEUTE, INTENSE MOVERS, INC., and WILLIAM R. LEUTE III<br><br>      Defendants. | CIVIL ACTION NO. 3:21-cv-01203<br><br><br><br>SEPTEMBER 10, 2021 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for plaintiffs Matthew Wittman and Carol Wittman.

                Respectfully submitted,

                By:   /s/Adam B. Marks
                    Adam B. Marks, Esq. (ct28787)
                    UPDIKE, KELLY & SPELLACY, P.C.
                    100 Pearl Street, P.O. Box 231277
                    Hartford, CT 06123-1277
                    Telephone: 860-548-2600
                    Facsimile: 860-548-2680
                    Email: amarks@uks.com

3361565